UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Jeffery McKiver 72734-054*

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

*NYPD Midtown S
Manhattan Police Department
Officer Thomas Gerding
Officer Alberto Piney
Officer George Gracia
A.D.A. ofter Amanda Levy
Attorney Zwi Wasserstine
Judge J. Konviser*

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

RECEIVED
~~PRO SE DOCKET UNIT~~
2017 JUN 12  PM 3: 32

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes   ☐ No
*(check one)*

**17CV 4411**

I.    **Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of
      confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
      as necessary.

Plaintiff      Name *Jeffery McKiver*
               ID # *72734-054*
               Current Institution *Metropolitan Correction Center*
               Address *150 Park Row*
               *New York, New York, 10007*

B.    List all defendants' names, positions, places of employment, and the address where each defendant
      may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
      above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1    Name *Thomas Gerding*          Shield # *1527*
                   Where Currently Employed *NYPD*
                   Address *Midtown S 1-Police Plaza*

*Rev. 05/2010*                                    1

Defendant No. 2    Name _Alberto Piney_____ Shield # _17167_
                   Where Currently Employed _N y C P D_____
                   Address _Midtown S / Police Plaza_____


Defendant No. 3    Name _George Garcia_____ Shield # _15257_
                   Where Currently Employed _N y C P D_____
                   Address _Midtown S / Police Plaza_____


Defendant No. 4    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____


Defendant No. 5    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____


## II.    Statement of Claim:

State as briefly as possible the _facts_ of your case.    Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?
_Midtown S / Police Plaza. Believe to say_
_Racial Profiling let to a Stop-And-Frisk_

B.    Where in the institution did the events giving rise to your claim(s) occur?
_Did not have Probable Cause._
_____
_____

C.    What date and approximate time did the events giving rise to your claim(s) occur?
_____
_____
_____

_Rev. 05/2010_

D.  Facts: On August 22, 2014 Around 6:45 am
and all I was doing there is to catch a bus
from manhatten to the State of North Carolina. I
was at the Port Authority and out of the blue
Officer Thomas Gerling walk over him across
the floor to me and just started asking me question
about what's was in my pocket I ask him why he
did not answer me, and he ask me if I had any
I.D. I said yes and gave it to him. So he call
my info in and I had no warrants so he
made me take everything out of my pocket's and
that's when the search started and I
got arrested with the hand cuff's on to tight
and the same with the legs Cuff's on to
tight as well and he would not loosing them
after me asking on a lot of difference times.

| What happened to you? |
| Who did what? |
| Was anyone else involved?  No |
| Who else saw what happened? |

Alot of People was there at the Port Authority

## III.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

To my fist both of them
As well as both legs.

## IV.  Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓  No ___  When leving 1-Police Plaza And on to
The Tomb in manhatten Jail on to
Riker's Island' 3

*Rev. 05/2010*

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). *First At 1-Police Plaza And then Manhattan Jail And Also Rikers Island*

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes __✓__  No _____  Do Not Know _____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____  No __✓__  Do Not Know _____

If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____  No __✓__

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____  No __✓__

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance? *All I Know to do at the Time was tell my Attorney*

1.  Which claim(s) in this complaint did you grieve? _____

_____

2.  What was the result, if any? _____

_____

3.  What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: *Because I did not know that the N.Y.P.D was As Corrupt as they Are I found out At a later time*

2.  If you did not file a grievance but informed any officials of your claim, state who you informed,

4

*My Attorney Zwi Wasserline And he did nothing or said Anything.*

when and how, and their response, if any: _I told my Attorney_
_And he did not naning about what happen_
_and how it happen_

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative
     remedies. _____

_The was Also two more Attorney's_
_Debra ~~Hosens~~ Debra Hoskins And_
_Mathew Smalls Attorney At law._

**Note:**   You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

V.   **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you
are seeking and the basis for such amount). _For Everyday in Jail in Manhattan_
_As well As Riker's Island As well As in the_
_U.S. Department of Justice the Federal Bureau of_
_Prison's, For Pain And suffering, Police misconduct_
_malpractice for the lawyer's And the D.A, And_
_the judge of Manhattan ~~the~~ Supreme Court_
_All played a part of me bing in Jail, I Am Seeking_
_$ 2.5 million dollars And for my Limited Knowlege's_
_of the law I Am Asking for A Appointed Counsel_
_in this matter_

VI.   **Previous lawsuits:**

| On these claims |   |
|---|---|

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
     action?

     Yes _____   No ___✓___

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

    1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

    2.  Court (if federal court, name the district; if state court, name the county) _____
_____

    3.  Docket or Index number _____

    4.  Name of Judge assigned to your case _____

    5.  Approximate date of filing lawsuit _____

    6.  Is the case still pending? Yes _____ No _____.

        If NO, give the approximate date of disposition _____

    7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____
_____

| On other claims |
|---|

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

    Yes _____   No __✓__

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

    2.  Court (if federal court, name the district; if state court, name the county) _____
_____

    3.  Docket or Index number _____

    4.  Name of Judge assigned to your case _____

    5.  Approximate date of filing lawsuit _____

    6.  Is the case still pending? Yes _____ No _____

        If NO, give the approximate date of disposition _____

    7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

Signature of Plaintiff _Jeffery McBean_

Inmate Number _72734-054_

Institution Address _Metropolitan Correction Center_
_150 Park Row_
_New York, New York_
_10007_

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _8th_ day of _June_, 20_17_ I am delivering this complaint to prison authorities to be mailed to the _Pro Se_ Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Jeffery McBean_

_8th June 2017_

STEPHEN A. ESPINET
Notary Public, State of New York
No. 01ES6194593
Qualified in Kings County
Commission Expires October 6, 20_20_

LEGAL DOCUMENT

CIVILIAN COMPLAINT REVIEW BOARD

Dear Ms,Fornelli,
   My name is Jeffery McKiver B&C,No:349-14-11884, The reason
I am writing to you is because I have been discriminated against
by the NYPD. The leading officer goes by the name of Thomas
Gerding sheild No:1527 Command Transit Bureau(1 one) Police Plaza
   It was on the morning of August 22nd,2014. The time was around
6:30 or 6:45 am is when I got to the Port Of Authority from home
in which I live in Brooklyn. I was to catch a bus to the state of
North Carolina and when I arrived there the line was kinda long
and I did not want to lose my chance to catch that bus because
that was the only one that was going to North Carolina that
morning and so I went to the J-Pay to perches a ticket and I was
thinking that it would be the same price and was to leave at the
same time. The bus I was suppose to catch was to leave at 7:20 am
and the ticket that I perches was to leave at 7:20 pm on the same
day on August 22nd,2014 so I made up my mind to leave later that
same day. So I decided to get me something to eat and then go
back home and so when I finish eating I went outside to have me a
cigarette and when I finish smoking I went back on the inside.
   And when I was on the inside of the bus station walking I did
notic a man coming towards me to keep in mind there was alot of
people around that time in the morning people going and coming
Thomas Gerding was coming from across the floor from my right
side and when he got to me I tryied to go around him because he
looks to be homeless or he was just lost. I tryied to stept away
from him again and by this time he pulled out a bage from around
his neck and ask me to follow him just for a minute and I ask him
why and he did not answer my question and on the way to the other
two police officers that was standing next to the wall.
   On the way to the side officer Gerding ask me if I had any I.D
on me and I said yes so I pulled out my walet from my right back
pocket and I danded him my I,D, He ran my name through the system
and my name came up clean that means no warrants before all of
this happen I did put my back pack on the floor so I could get my
walket out of my back pocket. He ask me again what all did I have
in my pockets and I ask him why again. At this point he put his
hand on his service and took a stept behine me and ordered me to
take everything out of my pocket and I did complied with the oder
   I began taking out what I has in my right front pocket my
shirt was long that it covered my pockets so I had some money in
my right front pocket and so I began to take out my money because
it was approximately $450.00 and after I took the money out of my
pocket I told officer Gerding that I had a small knife that was
in my pocket so I took out the knife and I gave it to officer
Gerding and he did not know how to open it so I ask him to give
me the knife and I will show him how to open it and he did give
me the knife back and I showed him how it work and I gave the
knife back to officer Gerding. So he did not take the knife from
me because that would make him look bad and I did notic alot of,,

surveillance videos in the area where I was arrested there was
no reason for officer Gerding to even ask me for anything at all
and after I gave him the knife he said to me did I know that it
was against the law to have a knife in the port of authority and
I said no but all I know is you can't smoke or carry a gun in the
port of authority he did not know that I had a knife on me not
untill I told him and I gave it to him because there was no reaso
for a search. So at the time he ask me was that was my back pack
that was on the floor and I said yes so he started going through
it and he came across a small bag of Pot and he said to me that
it was illegal to have that substance so he put the cuffs on me.

I was question without an attorney present in which I request
and he said that I did not have the right to an attorney not
untill I was arrested I was not read my miranda rights or nothing
so we went down in the basement of the port of authority and I
put into a holding cell after he search me and after around an
hour he came and search me again my shoes and all. I was strip
search by officer Gerding for about 5 different times by him.

I was healt in that basement with the arresting officers for
over 13:30 hours  and the whole nine yards doing mug shots and
being finger printed and after that I still did not have the
attorney of any kind and I kept on asking for one.

So finely we left the police station which is ONE POLICE PLAZA
and we went to the court house with the hand cuffs on my wrist so
tight and on my legs the cuffs was cuting into my flesh and I was
complaining to the officers that they was hurting me and they did
nothing to loosen them. So in the courthouse we met up with the
ADA and her name was Amanda Levy I was still hand and leg cuffed.

Officer Gerding and Amenda Levy the two of they went into a
room and they stayed in the room for about 45 minutes and after
the two of them came out Amenda went into her office and she set
up a video and ask my to take a statement and when I didnt she
got very mad at me because I refuse to do that without an attorne
so the both of them went back into the room for a while before I
went to the Criminal Court Judge I was giving a bail in the
amount of $200,000 over $100,000. I did not go to Criminal Court
not untill September 3rd,2014. And before then I did not have an
attorney not untill August 26 or the 27 is when I had an attorney
to come and see me and his name was Zwi Wasserstein he was from
the New York County Defender Services 225 Broadway Suite 1100.

I told him about what happen and how it all happen and where
it happen and he wrote my statement down and he said to me that
he was going to look over it and he said that he was going to set
up a court date in which it was September the 3rd,2014 I forgot
the judge name but I do know that she was a black lady judge and
after that I was bound over to the Manhattan Supreme Court Part
31 and I got Indictment on September 23rd,2014 before Hon.Jill
Konviser Indictment No:4028/2014. My attorney Mr,Zwi Wasserstein
knew about the surveillance video and which he told me to my face
that I was not going to get it on more than one attempt and when
I asked him why he said to me that I was not going to get the
video or was I was going to view it and I knew right then that I
had to get him off of my case and all he had to do was investigat
what I was saying in which he knew that I was telling him the
truth and after he messed up my case because he refuse to get a
copy of the surveillance video because that would prove that the
arresting officers was not telling thr truth.

Federal Court System took my case I left the State system on the date of August the 26th, 2015 and now I did cop out to 68 months and 60 months of supervise release and I feel just because a man or woman get trap up in a drug arrest the justice system can do as they pleas just to cover up something that they did just like a illegal stop and frisk and its been a on going thing for years.

if my attorney would have done his job the right way and didnt ignored the fact there was evidence that would and could have supported my claim of innocence which consisted of the video tape surveillance cameras that were situated in the exact location of my arrest. This particular information was not requested by Mr, Zwi Wasserstein and there is a strong possibility that the videos no longer exist. Just because the justice system failed me again.

The accountability is not what the public needs and just because there are people like these who use special skills and special powers to use against the public. And just because these kinds of people are in offices that dont follow the law themself.

Something needs to be done about it so this don't keep on happen to people like myself. All should be punish for breaking the law and it should go for the people that are in the high offices so I am bring this lawsuit into the light of the miscon-duct of the justice system so this is for the unlawful arrest and the incargration of myself Jeffery McKiver and when there was not the slighest of evidence of criminal activity or probale cause to make an arrest by the NYPD. The Police Officers Innolved names,

```
Officer Thomas Gerding  Sheild No: 1527
Officer Alberto Piney   Shield No: 17167
Officer George Gracia   Shield No: 15257
Lt.Michael Goldreyer    Shield No: ????
Det.Jason Miller        Shield No: 2120
Det.Rudy Lahens         Shield No: 2065
Det.Joseph King         Shield No: 6514
Officer Michael McCarthy  Sheild No: 18030.
```

Jeffery McKiver
Signature

Date: _June 8 - 2017,_

_Jeffery McKiver_

Sworn before me on this day, _8th June 2017_

Signature Of Notary, _[signature]_

STEPHEN A. ESPINET
Notary Public, State of New York
No. 01ES6194593
Qualified in Kings County
Commission Expires October 6, 20_20_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
PRO SE INTAKE UNIT
500 PEARL STREET,
NEW YORK, NEW YORK,10007-1312


To Pro Se Intake Unit,

My name is Jeffery Mckiver Reg No:72734-054.
The reason that I am writing to you administration is to attemp
to file charges against the state of New York legal and the law
enforcement officers for there Misconduct and for Perjury I took
all of the stepts that I knew to take to try and get to the end
of this mistake that was made by the NYPD/ 1 Police Plaza and my
attorney at the time and his name was Mr,Zwi Wasserstein and he
work for the New York Country Defender Services address 225
Broadway Suite 1100 New York,New York, 10007 and the said police
officers that was involved in my arrest.
I was arrest on August 22nd,2014 at the Port Of Authority by
offices Thomas Gerding Sheild No:1527 Command Transit Bureau
and two others of his officers in his work force at the time of
my arrest it was I do believe the names of the other two were
Officer Alberto Piney Shield No:17167  Command Transit Bureau
and Officer George Gracia Shield No:15257 Command Transit Bureau.
Just them three was there at the time I ended up being arreste
for drugs. There was false ststement made by the Transit Police
Department that was handed down to the ADA and from her my at the
time Attorney to build a case against me because the arresting
officer made a mistake because he had no reason to arrest me and
it made it to the Judge  Hon.Jill Konviser and I got my Indictmen
Felony Complaint my Indictment No:4028/2014.
The information that I have I got from Mr,Zwi Wasserstein in
the Brady Material and the date I reciece that was on October 17,
2014.  I wrote to the Civilian Complaint Review Doard to take
action and the Departmental Disciplinary Committee refuse to do
anything about this matter here is what they send to me in reply.
The NYPD committed perjury when they said to the ADA how and
where the arrest had taken place and it was a false ststement. I
was arrested at the Port Of Authority here in Manhattan New York
and we all know that there are surveillance videos all over the
place the location where I was arrested at there are many and I
told my attorney about the surveillance videos that are in the
area but the arresting officer that I was arrested in another
area in which I ask my attorney to investigate my claim but he
refuse to because there was a cover up it was a illegal search
and seizure and without the surveillance they can say anything to
the ADA to build up there case and because I didnt do like they
ask me to do for them now the state drop my case and now the

The most important thing to the Police Department was they wanted to to work for them because they kept on asking me to do that for them the NYPD/ ADA/ and my Attorney are all conspiring against me on this case because I refuse to put my family and my own life in danger so they can make a case against someone else.

I found out about what my attorney wrote in his notes and it not what I told him it was on October 17,2014 is the date I notic that he put down what the NYPD/ Thomas Gerding and the Police officers that was to be involved at the time of my arrest.

Officer Thomas Gerding  Shield No:1527.
Officer Alberto Piney  Shield No:17167.
Officer George Gracia  Shield No:15257.
Lt.Michael Goldreyer
Det.Jason Miller      Shield No:2120.
Det.Rudy Lahens       Shield No:2065.
Det.Joseph King       Shield No:6514
Officer Michael McCarthy   Shield No:18030.

All of these officers got togather and made up the story the way that they saw fit in my arrest. In other words this is they way the investigation turn out and none of it is true and if so there would have been a surveillance video in there investigation and I would not had a problem with none of what happen and how it happen as the defendant in this matter I am just trying to bring this letter to the attention to the public because it is my hopr and my extreme concern about the legal system and its one that I am never going to understand and I am hopeing that you can help.

I would like to ask the following question: What is the differance between the POLICE/CORRECTIONAL OFFICERs/DETECTIVEs and the NORCOTICS SQUEDs and specifically the(ONE POLICE PLAZA PREC-IENT in Manhattan New York. To be compared to any defendant who can be falsely accused of a crime by corrupt police and the legal system. The answer to this should be symple but because the NYPD are allowed to lie and make false claims against citizen we should all be very worried about this matter.

There should be no differance between us as the citizen but it is odvious that there is a big differance even though we are all breaking the law in there eyes. I the defendant Jeffery McKiver will submitted this letter under Artical (1one) of the New York State & Federal Constitution and the Bill of Rights Freedom of Speech and the press against criminal prosecution for lible.

(1)- The Bill of Rights, New York State Constitution.

See People Vs, Jeffery McKiver, Indictment case No; 04028 /2014. This is for the record that is already on file. I the defendant was incicted by the Assistant District Attorney and she goes by the name of Amenda Levy her job title is the New York County District Attorney Office. I was not allow to stand beside my attorney when I got indicted and I told Mr,Zwi Wasserstein I did wanted to be there and that was a violation of my rights as well. There was no signature of the Forman or the acting Foreman of my Indictment from the Grand Jury and that was a viloation of the 14th Amendment of the United States Constitution and the due process clause.The Grand Jury protection of certain enumerate rights, its the duty of the public officers to sign a waiver of immunity and give a testimony and there is a penalty for refusal.

The Constitution shall not be violated by any Government agency or the United State Criminal Justice System and again I am writing your office to request that an investigation be immediate conducted into the unlawful arrest and incargration of a Jeffery

McKiver by law enforcement officers who did so without the slighest of evidence of criminal activity or probale cause to make said an arrest. It was early in the morning rust hour.

The court assigned attorney Zwi Wasserstein ESQ, of the legal Aid Society and he failed to investigate my claim of having been subject to the unlawful acting of the arresting officers who did fabricated evidence against me in oder to proceedon the felony charges. Accusatory instrument that was without a legitimate basic Mr,Zwi Wasserstein fail to make the court aware of my disir to testify before the Grand Jury as well as to articulate unto the court to have a reason not to be stop by the police officer the charge was just for a very small amount of Marihuana.

These are all of the attorneys that I told the same thing to about my arrest in the Port Of Authority where there are video Surveillance all over the building and all fail to investigate my claim after Attorney Zwi Wasserstein the address is
225 Broadway Suite 1100 New York,New York,10007
phone number is 212-803-5100
Attorney ms, Debra Hoskins her address is
108-30-217 Place
Queens, New York, 11429
Phone number is 718-468-2277
Attorney Matthew R, Smalls his address is
305- Broadway, 14th, Floor New York,New York, 10007
phone number is 917-932-4189.

Mr,Zwi Wasserstein ignored the fact that there was evidence that would and could support my claim of innocence which was consisted of the surveillance video cameras that were situated in the exact location where I was arrested. This particular information was not requested by Mr,Zwi Wasserstein and there is a strong possibility that the surveillance video no longer exist.

I was told by my attorney at the time his name was Mr,Matthew Smalls the the Assistant District Attorney said if I didnt take the One To Three Year Offer that the Federal System was going to take my case and my attorney was suppose to file a motion called Pursuant To Criminal Procedure Law(30.30(2)(a) in which it never made it to  Hon.Judge J.Konviser. And I file the same motion and I mailed it in to the courts myself on 100 Center Street and Matthew told me not to do that because it only makes the judge mad and month after month my case kept being delayed.

So now I am in the Federal System just like Amanda Levy said and now I have 11 years over my head because my request for an investigation was not granted by my attorneys and something needs to be done to people like that who use special skills and special powers to use against the public. All should be punish for breaking the law and it should go for the people that are in high offices so pleas investigate my complaint once again.

Jeffery McKiver
Signature

Sworn before me this day. 8th June 2017

Signature of Notary,

STEPHEN A. ESPINET
Notary Public, State of New York
No. 01ES6194593
Qualified in Kings County
Commission Expires October 6, 20 20

TO: THE CLERK OF THE COURT:

**Manhattan New York,**

**Supereme Court** _____ Part: **31** ___

From: **Jeffery McKiver** _____

_____ **349-14-11884** _____

_____

Subject: Certified-Copy of Indictment in accordance with the
NEW YORK STATE STATUTE RULES OF THE COURT, WITH THE
GRAND JURY FOREMAN SIGNATURE THEREON

Re: People v. **Jeffery McKiver** _____

Indictment # **2014/NY 065303** .

State of New York    )
County of **N,Y,** ___ ) s.s.:

I, **Jeffery McKiver** _____, certify that I am the herein defendant, and respectfully request for a *True Certified Copy of my Indictment #* **2014/NY 065303**

I was arrested on **August The 22** ___, 20**14** and on **September Yhe 3** 2014 the local Criminal Court Part, _____ County of **New York** ___, held the case for the Grand Jury Action.

Thereafter on **September The 23rd**, 20**14** in the Supreme Court, Part **31**, County of **New York** ___, I was arraigned on the above indictment and at the time of my arraignment I was not served with a copy of the Indictment.

Therefore, I respectfully request that a copy of said indictment *bearing the signature of the Grand Jury Foreman* and all the required Court emblems and other requirements be made available to me free of charge. In the event that this request is not granted, I ask for a written explanation as to why I am being denied such request, and that such explanation be noted within the court records, and files.

No prior application has been made for this request, I am also certifying that a true copy of this letter has been properly notarized on the below notarized date and mailed to the Clerk of the Supreme Court, Part **31**  , for submission to the court.

Dated: **July The 22nd**      , 20**15**  .

Respectfully submitted,

*Jeffrey McKiver*

Defendant

B/C # *349-14-11884*

*11-11- HAZEN St*

*EAST, Elmhurst New York,*

*11370*

Office of

**Manhattan**  , County District Attorney

**Amanda Levy**

**One Hogan Place, New York**

**10013**

Sworn to before me on this

22nd  day of   July     , 20 15

*FATAI O. OGUNDAIRO*

*NOTARY PUBLIC STATE OF NEW YORK*

*NO. 00OA3189528*

*QUEENS COUNTY*

*MY COMMISSION EXPIRES*

*10/24/2017*

ADMINISTRATIVE OFFICE
COMPLAINT OF MISCONDUCT
ONE COLUMBUS CIRCLE, N,E,
WASHINGTON, D,C,   20544

May 19th,2017

To whom it may concern:

My name is Jeffery McKiver Reg No:72734-054.
The reason that I am writing to the administration is to attemp
on finding out about the outcome of that package I send to you
around the month of September 2016. And in that package it was
about a complaint about the misconduct thats in the justice
system from the NYPD/ADA/Attorneys. All has a part in this.
When I frist got arrested in August 22nd,2014 for drugs at the
time it was a state case. I was on Riker's Island for over a year
on the 23rd,2014 of August there was a false statement made that
I went to criminal court that next day in which I did not because
I did not have an attorney at that time, In the package that you
have is proff of what I am saying is to be true.
I was arrested at the Port Of Authority here in Manhattan N,Y,
and as we all know there are surveillance videos all over the
building. The area that I was arrested at is where you load the
buses because I was on my way to North Carolina and I had no
other reason to be anywhere else. When I did get an attorney it
was about 4 days later and I told the attorney what happen and
where it happen and that there was surveillance videos at the
loacation and all he had to do is investigate what I was telling
him was true. His name was Mr,Zwi Wasserstein and he refuse to do
anything about it. I am a Black man who had money and some drugs
in my possession and what the officer did was illegal search and
seizure and to cover up the mistake that he made and without the
surveillance video he could say what he wanted to say to the ADA.
There is alot of perjury in the justice system and due from
that there are alot of people in jail that shuold not be such as
myself. I was told by my attorney if I did'nt take what the DAD
offer me that the Federal System was going to pick up my case. I
was in Rikers Island Correctional System ofr over a year as I did
say before and because I did'nt do like she said I am now in the
Federal System like she said. Before then I filed a 30.30.2-A
Motion for a speedy trail but my case kept getting post pone.
Because my attorney did'nt investigate the police officer now
I have 11 years over my head. So pleas review my complaint very
carefully and pleas by all means investigate why the attorney did
not retrieve a copy of the surveillance video so I can attemp to
bring some disclosure in regarding this matter.
Pleas find this letter necessary and opporiate the justice

system and the accountability is not what the public needs and
just because there are people like these who use special skills
ans special power to be use against the public.
    And just because of these kinds of people are in office that
don't follow the law themself something needs to be done about
it so this don't keep on happen to people all should be punish
for breaking the law and it should go for people that are in the
high offices so pleas investigate my complaint once again.




C.C.FILE:



Date: _May. 18th 3017_

                                    Jeffery McKiver
                                    Signature



Sworn before me this day. _18th May 2017_____



Signature of notary, _____
                                    STEPHEN A. ESPINET
                                    Notary Public, State of New York
                                    No. 01ES6194593
                                    Qualified in Kings County
                                    Commission Expires October 6, 20 20

# New York County Defender Services

## 225 Broadway, Suite 1100
## New York, New York 10007

TEL:  (212) 803-5100                                                FAX:  (212) 571-6035


October 17, 2014


Mr. Jeffery McKiver
BC#: 349141184
GMDC
15-15 Hazen Street
East Elmhurst,  NY 11370

                                              Re: People v. Jeffery McKiver
                                              Ind. No.: 4028/14


Dear Mr. McKiver:

        Enclosed please find copies of documents pertaining to your file which includes the following:

Indictment
Felony complaint
Lab
Rap-Sheet
Xerox copies of property
Property vouchers.

        If you have any further questions, please feel free to contact our office.

                                              Yours truly,

                                              Zwi Wasserstein
                                              Attorney at Law

**DEPARTMENTAL DISCIPLINARY COMMITTEE**
SUPREME COURT, APPELLATE DIVISION
FIRST JUDICIAL DEPARTMENT
61 BROADWAY
NEW YORK, NEW YORK 10006
(212) 401-0800
FAX: (212) 287-1045 (NOT FOR SERVICE OF PAPERS)

ERNEST J. COLLAZO, ESQ.
CHAIRMAN

POLICY COMMITTEE MEMBERS
RALPH C. DAWSON, ESQ.
HALIBURTON FALES, 2D., ESQ.
CHARLOTTE MOSES FISCHMAN, ESQ.
ROBERT L. HAIG, ESQ.
BRIAN C. McK. HENDERSON
MYRON KIRSCHBAUM, ESQ.
ALAN LEVINE, ESQ.
HON. EUGENE L. NARDELLI
KARLA G. SANCHEZ, ESQ.
CARLA A. KERR STEARNS, ESQ.
HON. JOSEPH P. SULLIVAN
STEPHEN L. WEINER, ESQ.

COMMITTEE MEMBERS
DANIEL R. ALONSO, ESQ.
ROBERT J. ANELLO, ESQ.
DAVID ARROYO, ESQ.
MARJORIE E. BERMAN, ESQ.
MICHAEL I. BERNSTEIN, ESQ.
THOMAS BIRNBAUM
JOYCE M. BOVE
DAVID BUKSBAUM
JOHN M. CALLAGY, ESQ.
JASON CANALES, ESQ.
GIORGIO CAPUTO
JOHN H. CARLEY, ESQ.
HON. JAMES M. CATTERSON
VINCENT T. CHANG, ESQ.
CATHERINE A. CHRISTIAN, ESQ.
DANIEL D. CHU, ESQ.
RICHARD J. CONDON
LEONARD F. DELUCA
JOHN M. DESIDERIO, ESQ.
RITA DIMARTINO
PAUL F. DOYLE, ESQ.
PETER G. EIKENBERRY, ESQ.
WILLIAM P. FRANK, ESQ.
GARY D. FRIEDMAN, ESQ.
RUTH W. FRIENDLY
MATTHEW GAIER, ESQ.
DARRELL S. GAY, ESQ.
NICHOLAS A. GRAVANTE, JR., ESQ.
JAMES W. HARBISON, JR., ESQ.
PETER C. HARVEY, ESQ.
DEESHA M. HILL, ESQ.
PAMELA JARVIS, ESQ.
JOHN J. JEROME, ESQ.
RICHARD M. KENNY, ESQ.
DANIELLE C. LESSER, ESQ.
ROGER JUAN MALDONADO, ESQ.
ROBERT P. McGREEVY, ESQ.
MARIA D. MELENDEZ, ESQ.
CHARLES G. MOERDLER, ESQ.
DANIEL F. MURPHY, JR., ESQ.
FREDRIC S. NEWMAN, ESQ.
RICARDO E. OQUENDO, ESQ.
PABLO QUINONES, ESQ.
ABIGAIL T. REARDON, ESQ.
LEE S. RICHARDS, III, ESQ.
ROLAND G. RIOPELLE, ESQ.
ROBIN STRATTON RIVERA
BARBARA K. ROTHSCHILD
DAVID M. RUBIN, ESQ.
WILLIAM T. RUSSELL, JR., ESQ.
BARBARA A. RYAN, ESQ.
KATHLEEN M. SCANLON, ESQ.
EUGENE P. SOUTHER, ESQ.
LAWRENCE S. SPIEGEL, ESQ.
EDWARD M. SPIRO, ESQ.
WILLIAM ST. LOUIS, ESQ.
SHEEA T. SYBBLIS, ESQ.
RONALD J. SYLVESTRI, JR.
ANNE C. VLADECK, ESQ.
NATICA VON ALTHANN
JOHN L. WARDEN, ESQ.
FRANK H. WOHL, ESQ.
RICHARD R. ZAYAS, ESQ.
GONZALO S. ZEBALLOS, ESQ.

JORGE DOPICO
CHIEF COUNSEL

SPECIAL TRIAL COUNSEL
JEREMY S. GARBER

DEPUTY CHIEF COUNSEL
ANGELA CHRISTMAS
NAOMI F. GOLDSTEIN
VITALY LIPKANSKY
RAYMOND VALLEJO

STAFF COUNSEL
KEVIN P. CULLEY
KEVIN M. DOYLE
PAUL L. FRIMAN
ROBERTA N. KOLAR
JUN H. LEE
NORMA I. LOPEZ
NORMA I. MELENDEZ
ELISABETH A. PALLADINO
KATHY W. PARRINO
ORLANDO REYES
YVETTE A. ROSARIO
REMI E. SHEA

July 2, 2015

<u>PERSONAL AND CONFIDENTIAL</u>

Jeffrey McKiver, #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
15-15 Hazen Street
East Elmhurst, New York 11370

Re:    Matter of Zwi Wasserstein, Esq.
       Docket No. 2015.0817

Dear Mr. McKiver:

The Departmental Disciplinary Committee has completed its investigation of your complaint against the above-referenced attorney. As explained below, the Committee has decided to take no further action.

Specifically, the allegations made against your defense attorney are essentially that his representation is ineffective. Since this may be a basis for an application for new counsel, such allegations should be made in the first instance to the court. Your alleged dissatisfaction with your attorney, however, does not amount to professional misconduct and, accordingly, further investigation of this matter by the Committee is unwarranted.

The Committee arrived at this determination after the case was submitted to a member of the Committee, an independent board of lawyers and non-lawyers appointed by the Appellate Division, First Judicial Department. The Committee member concluded that no further investigation or action was warranted.

You may seek review of this decision by submitting a written request for reconsideration to this office at the above address within thirty (30) days of the date on this letter.

Very truly yours,

Jorge Dopico

JD:RV:mrh
Y:\RVALLEJO\wassersteinzwi.wpd

JEFFERY McKIVER
GEORGE MOTCHAN DETENTION CENTER
15-15 HAZEN STREET
EAST ELMHURST, NEW YORK  11370

Judge J. Konviser
100 Centre Street
New York, New York 10013

RE:  People v. Jeffery McKiver (Ind.No. 04028/2014)

Dear Sir/Madam:

This letter is in relation the **time** and/ or delay in the prosecution of this case at bar. The period of delay resulting from an continuance granted by the Court at the request of, or with the consent of, the defendant or his counsel. The Court must grant such continuance, also in the **interest of justice,**  the defendant request for a calculation of the time that is charged to the People and what is charged to the defendant, to calculate from the date of the filing of the accusatory instrument.

Pursuant to **Criminal Procedure Law § 30.30(2)(a),** the defendant has a statutory **right** to be release on his own recognizance or given a reasonable bail.  The defendant has made this request in writing to ensure great possibilities of life and liberty.

Sworn to before me this
31st day of _____ , 2015

N O T A R Y   P U B L I C



MR, JEFFERY MCKIVER
REG NO: 72734-054
M,C,C, NEW YORK
150 PARK ROW
NEW YORK, NEW YORK,
          10007.



RECEIVED
SDNY DOCKET
2017 JUN 12  PM 3:32

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

PRO SE INTAKE UNIT

UNITED STATES COURTHOUSE

500 PEARL STREET, NEW YORK, N.Y,

                    10007-1312

LEGAL MAIL: